CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
9-21-16 /s/

BY DEPUTY, CLERK

**COURTROOM MINUTES:**
The Honorable **Frances H. Stacy**, Presiding
Deputy Clerk: Beverly White
Interpreter _None_     ERO _P. Cyberetsky_
USPT/USPO _yes_                                    OPEN _10:42_ ADJOURN _11:16_
☐ OTHER DISTRICT  ☐ DIVISION          THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance        ☐ Counsel Determination Hearing        ☐ Status Hearing
☐ Bond Hearing              ☐ Identity                              ☐ Hearing Continued on _____
☑ Detention Hearing         ☑ Preliminary Hearing                   ☐ Other _____

CASE NUMBER CR H- _16-736 M_

USA VS.                                  AUSA _Andrew Letchman_
_Cary Lee Ogborn_                        _Joshua Saha_

☐ Date of arrest _____                      ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment /Complaint ☐ Information ☐ Superceding
                                            Violation of ☐ Supervised Release ☐ PTS

☑ Defendant ☐ Material Witness appeared       ☑ with ☐ without counsel

☐ Defendant requests appointed counsel.         ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender      ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.  ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s)_____
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☑ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond revoked         ☐ Bond reinstated     ☐ Bond Continued
☑ Defendant _____ remanded to custody   ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☑ Court finds: ☑ Probable Cause     ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
   ☐ Arraignment            ☐ Counsel Determination Hearing      ☐ Identity Hearing
   ☐ Detention Hearing      ☐ Preliminary Hearing                ☐ Final Revocation Hearing