UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CRIMINAL NO.: |
| CARY LEE OGBORN, Defendant. | § § § § | **16 CR 0435** |

# INDICTMENT

**THE GRAND JURY CHARGES THAT**:

## COUNT 1

**(Attempt to Transport or Receive Explosive Materials With the Intent to Kill, Injure, or Intimidate or Unlawfully Damage or Destroy a Building or Vehicle)**

On or about September 16, 2016 within the Southern District of Texas, and elsewhere, the defendant

**CARY LEE OGBORN,**

did attempt to transport and receive, in interstate and foreign commerce, an explosive, as that term is defined by Title 18, United States Code, Section 844(j), with the knowledge and intent that it will be used to kill, injure, and intimidate any individual, and unlawfully to damage and destroy any building, vehicle, and other real or personal property.

All in violation of Title 18, United States Code, Section 844(d).

A TRUE BILL.

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

**KENNETH MAGIDSON**
**United States Attorney**
**Southern District of Texas**

By: _____
ANDREW LEUCHTMANN
Assistant United States Attorney

By: _____
ALAMDAR S. HAMDANI
Assistant United States Attorney